UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:98-cr-0017-RLY-WGH |
| | ) | |
| GEORGE LEON TYSON, | ) | |
| | ) | |
| Defendant. | ) | |


## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation
that George Leon Tyson's supervised release be revoked, pursuant to Title 18 U.S.C.
§3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583,
the Court now approves and adopts the Report and Recommendation as the entry of the
Court, and orders a sentence imposed of imprisonment of 10 months in the custody of the
Attorney General or his designee.  Upon Mr. Tyson's release from confinement, he will not
be subject to supervised release.

**SO ORDERED** this 19th day of April 2012.


RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Will McCoskey,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Probation

U. S. Marshal